ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2023 MAY 12 PM 3:46

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| KHALID AMILL (01)<br>a/k/a "Kay Jay" | 4-23CR-144-P |

# INFORMATION

The United States Attorney charges:

### Count One
### Possession of a Firearm by a Convicted Felon
### (Violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8))

On or about February 22, 2023, in the Fort Worth Division of the Northern District of Texas, the defendant, **Khalid Amill**, also known as "Kay Jay," having been convicted of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, and knowing that he had been convicted of such an offense, did knowingly possess in and affecting interstate and foreign commerce the following firearm: a Ruger, Model P85 MKII, 9mm pistol, bearing serial number 303-07476.

In violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this information, and under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **Khalid Amill**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense or seized in the investigation of this offense, including but not limited to, the following: a Kimber, Model EVO SP, 9mm pistol, bearing serial number B0005540; a Glock, Model 43, 9mm pistol, bearing serial number BCGD820; and assorted ammunition.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas   76102
Telephone:   817-252-5200
Facsimile:   817-252-5455
Email: Levi.Thomas@usdoj.gov