ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:23-CR-144-P |
| KHALID AMILL (01)<br>a/k/a "Kay Jay" | |

## FACTUAL RÈSUMÈ

I. Plea:
The defendant is pleading guilty to Count One: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8).

II. Penalties:
The penalties the Court can impose include:

a. imprisonment for a period not to exceed fifteen (15) years;
b. a fine not to exceed $250,000;
c. a term of supervised release not to exceed three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;
d. a mandatory special assessment of $100;
e. restitution to victims or to the community; and
f. forfeiture of firearms and ammunition.

III. Elements of the Offense:
The elements the government must prove beyond a reasonable doubt to establish the offense alleged in Count One are:

First: That the defendant knowingly possessed a firearm;

Second: Before the defendant possessed the firearm, he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is a felony offense;

Third: At the time the defendant possessed the firearm, he knew he had been convicted in a court of a crime punishable by imprisonment for

a term exceeding one year, that is a felony offense; and

Fourth: The possession of the firearm affected interstate or foreign commerce; that is: before the defendant possessed the charged firearm, it had traveled at some time from one state to another or between any part of the United States and any other country.

IV. Stipulated Facts:

On February 22, 2023, in Fort Worth, Texas, the defendant, **Khalid Amill**, also known as "Kay Jay," knowing he had been convicted of a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, the following firearm: a Ruger, Model P85 MKII, 9mm pistol, bearing serial number 303-07476.

On that date, in Fort Worth, Texas, **Amill** sold the above-described firearm to a confidential informant in an undercover operation. Prior to possessing the firearm, **Amill** had been convicted of a crime punishable by imprisonment for a term in excess of one year, and he knew he had been convicted of such an offense. Prior to **Amill** possessing the firearm, it had traveled at some time from one state to another or between any part of the United States and any other country. Upon **Amill's** arrest, additional firearms were seized, which are named in the Notice of Forfeiture in the Information in this matter.

AGREED AND STIPULATED on this 8th day of May, 2023.

_____      _____
KHALID AMILL                         GRAHAM NORRIS
Defendant                            Counsel for Defendant